# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PEYTON ELIZABETH FULLERTON,<br><br>Defendant. | Civil Action No. 23-3452 (RMB)(EAP)<br><br>*Document Electronically Filed* |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice prior to the Defendant's filing of an answer or a motion for summary judgment.

Respectfully Submitted,

By: */s/ Connor M. Mannion*
Connor M. Mannion, Esq.
[ID #334482021]
COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(201) 489-3000; (201) 489-1536 fax
*Attorneys for Plaintiff*

Dated: September 5, 2023

64248/0007-46048524v1